# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **DONALD BISSON,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )   Civil No.   08-182-P-S |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 16) filed October 30, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Motion for Attorney Award of Fees (Docket No. 14) is **GRANTED** in the amount of $17,505.85, contingent upon counsel's payment to the plaintiff of $1,250 already received under the Equal Access to Justice Act. Because of the unique circumstances, this decision is limited to the unique facts of this case.

/s/ George Z. Singal
United States District Judge

Dated this 23rd day of November, 2009.